UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE E. BERRY, JR.                                                          CIVIL ACTION

VERSUS

NICHOLAS J. SANDERS                                        NO.: 17-00318-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 8)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). On June 7, 2017, the Court entered an Order (Doc. 3) granting Plaintiff's Motion to Proceed *In Forma Pauperis* and directing Plaintiff to pay to the Clerk of Court, within twenty-one days, an initial partial filing fee in the amount of $4.47. (Doc. 8 at p. 2). Despite notice and an opportunity to appear, Plaintiff has failed to comply with the Court's Orders and has failed to provide any explanation for his failure to pay the Court's initial partial filing fee. (*Id.* at p. 3). The Magistrate Judge recommended that Plaintiff's proceeding be dismissed, without prejudice, for failure to pay the initial partial filing fee ordered by the Court. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 8 at p. 1). Neither party

objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 30th day of January, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**