UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE E. BERRY, JR.                                              CIVIL ACTION

VERSUS

NICHOLAS J. SANDERS                                        NO.: 17-00318-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 28)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendant's **Motion to Dismiss (Doc. 19)**.

Defendant moves to dismiss Plaintiff's suit on two grounds. First, Defendant asserts that all monetary claims levied against him in his official capacity are barred under the Eleventh Amendment of the United States Constitution. (Doc. 19-1 at p. 6) Second, Defendant contends that he is entitled to qualified immunity from Plaintiff's excessive force and retaliation claims. (Doc. 19-1 at p. 10) After a thorough review of the applicable law, the Magistrate Judge recommends that Defendant's claims for monetary damages against Defendant in his official capacity be dismissed. (Doc. 28 at p. 10). The Magistrate Judge further recommends that Defendant's Motion to Dismiss (Doc. 19) otherwise be denied. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

conclusions of law, and recommendations therein. (Doc. 28 at p. 1). Neither party objected.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 28)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary damages against Defendant in his official capacity are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant's **Motion to Dismiss (Doc. 19)** is otherwise **DENIED**.

Baton Rouge, Louisiana, this 12th day of February, 2019.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**