UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE E. BERRY, JR.     CIVIL ACTION

VERSUS

NICHOLAS J. SANDERS     NO.: 17-00318-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 7)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses Defendant's Motion for Summary Judgment (Doc. 42), arguing for the dismissal of *pro se* Plaintiff Willie E. Berry, Jr.'s Complaint (Doc. 1), which alleges excessive force and violations of his First, Eighth, and Fourteenth Amendment rights under 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court deny Defendant's Motion because genuine issues of material fact exists as to Plaintiff's claims. (Doc. 53 at p. 10). The Magistrate Judge also recommended that this matter be referred to her for further proceedings.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 53)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 2nd day of March, 2020.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA